IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00684-KLM

BILL DAU,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JASON M. DURAN, in his official and individual capacity; and
MICHAEL D. GUNTER, in his official and individual capacity;

    Defendants.

---

**STIPULATED ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ David Lane
David Lane
Amy Kapoor
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
dlane@kln-law.com
akapoor@kln-law.com

*Attorneys for Plaintiffs*

s/ Evan Lee
Conor Farley
Evan Lee
Assistant City Attorney Litigation Section
City and County of Denver
201 W. Colfax Dept 1108
Denver, CO 80204
(720) 523-6323
(720) 913 - 3190
conor.farley@denvergov.org
evan.lee@denver.org

*Attorney for Defendants*

SO ORDERED.

DATED this 13Tʰ day of August 2015.

BY THE COURT:

_____
U.S. Magistrate Judge Kristen L. Mix