IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00684-KLM

BILL DAU,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
JASON M. DURAN, in his individual and official capacities, and
MICHAEL D. GUNTER, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order [#28]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#28-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 30, 2015