IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00684-KLM

BILL DAU,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
JASON M. DURAN, in his individual and official capacities, and
MICHAEL D. GUNTER, in his individual and official capacities,

      Defendants.

_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Settlement Conference With Honorable United States Magistrate Judge Michael E. Hegarty** [#34] (the "Motion"). In the Motion, the parties request that a Magistrate Judge be assigned to this case to hold a settlement conference. *Motion* [#34] at 1. They specifically request that Magistrate Judge Hegarty be assigned to this case. *Id.* The Court agrees with the parties that it is appropriate to refer this case to a Magistrate Judge for settlement discussions. However, the Court declines to assign this case to any particular Magistrate Judge, as the case must be randomly assigned through the Clerk of the Court. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED in part** and **DENIED in part**. The Motion is granted to the extent that it requests that this case be assigned to a Magistrate Judge for the purpose of holding a settlement conference. Because the undersigned proceeds in this matter pursuant to 28 U.S.C. § 636(c) by the consent of the parties,

IT IS FURTHER **ORDERED** that the Clerk of Court shall additionally assign a United States Magistrate Judge to this case for the purpose of conducting a Settlement Conference.

IT IS FURTHER **ORDERED** that the newly-assigned Magistrate Judge is authorized to and shall conduct a Settlement Conference in this matter as requested by the parties in the Motion [#34].

Dated: February 10, 2016