IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00684-KLM

BILL DAU,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
JASON M. DURAN, in his individual and official capacities, and
MICHAEL D. GUNTER, in his individual and official capacities,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** [#13] (the "Motion"). In light of the Settlement Conference set in this matter for April 5, 2016,

     IT IS HEREBY **ORDERED** sua sponte that the dispositive motions deadline is extended to **April 19, 2016**. **No further extensions of this deadline will be permitted**.

     IT IS FURTHER **ORDERED** that the Motion [#13] is **DENIED without prejudice**, with leave to refile no later than the dispositive motions deadline of April 19, 2016.

     IT IS FURTHER **ORDERED** sua sponte that the Final Pretrial Conference and Trial Preparation Conference set for May 17, 2016, at 10:30 a.m. are **VACATED** and **RESET** to **June 14, 2016**, at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **June 7, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

     Dated: February 18, 2016