IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00684-KLM

BILL DAU,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
JASON M. DURAN, in his individual and official capacities, and
MICHAEL D. GUNTER, in his individual and official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order to Extend Discovery Deadline and Dispositive Motion Deadline** [#45] (the "Motion"). The parties seek to extend the discovery deadline to May 10, 2016, for the sole purpose of taking the deposition of Defendant Duran. They also seek to extend the dispositive motions deadline to May 11, 2016, the day after the deposition of Defendant Duran or, alternatively, to May 2, 2016, due to press of business as to counsel for both parties.

    On February 18, 2016, the Court issued a Minute Order [#39] extending the dispositive motions deadline to April 19, 2016, in light of a Settlement Conference set for April 5, 2016. At that time, the Court warned the parties that no further extensions of the deadline would be permitted. The Settlement Conference was ultimately unsuccessful.

    IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED in part and DENIED in part**. The Motion is **granted** to the extent the parties seek an extension of the discovery deadline through May 11, 2016, for the sole purpose of taking the deposition of Defendant Duran. The Motion is **denied** to the extent the parties seek an extension of the dispositive motions deadline. They were previously warned that no further extensions of this deadline would be permitted. *See Minute Order* [#39]. In the absence of a request to reset the trial set to commence on June 27, 2016, the Court will not extend the dispositive motions deadline, in light of the time required for briefing of such motions by the parties and for resolution of those motions by the Court.

    Dated: April 14, 2016